No. 75–5622.  NOVELLO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5624.  CRUZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5647.  CLARK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–5668.  COLLINS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–5675.  DEVONISH *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–5681.  ROBINSON *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 75–5683.  BARBER *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5685.  TOLBERT ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–5692.  VAN ALSTYNE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–5698.  KRIDER *v.* WOLFF, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 75–5701.  REED *v.* COOK, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 75–5703.  BOCCHETTA ET AL. *v.* LOYOLA UNIVERSITY ET AL.  C. A. 7th Cir.  Certiorari denied.